**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01312-CR
No. 05-15-01313-CR

**EX PARTE: ROBERT ANTHONY HUNT**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. WX15-90038-K, WX15-90039-K**

## ORDER

Appellant's November 30, 2015 motion for an extension of time to file his brief is

**GRANTED**.  The time to file appellant's brief is **EXTENDED** to **December 7, 2015**.

The time to file the State's brief is **EXTENDED** to **December 22, 2015**.


/s/     LANA MYERS
         JUSTICE